UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID CONCEPCION,

                        Plaintiff,

                 -against-

BRADLEY LIEBMAN and GRAND MANOR
HEALTH RELATED FACILITY, INC. d/b/a
GRAND MANOR NURSING & HEALTH
REHABILITATION CENTER,

                        Defendants.

25-CV-96 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

        The conference scheduled for April 16, 2025 is ADJOURNED to May 21, 2025 at **12:00 p.m**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 288234520#.

        Additionally, in accordance with Paragraph 4(c) of the Court's Individual Rules and Practices, the parties are hereby ORDERED to file on ECF a joint letter, described below, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **May 14, 2025**. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke. Parties are directed to follow the Court's instructions regarding this letter at ECF No. 7.

        Plaintiff shall serve this Order, along with the Order at ECF No.7, on Defendants by no later than **April 11, 2025**, and file proof of such service by **April 14, 2025**.

Dated: April 9, 2025
       New York, New York

                                     SO ORDERED.

                                     *Jessica Clarke*

                                     JESSICA G. L. CLARKE
                                     United States District Judge